# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 19, 2021

## NO. 03-20-00054-CV

**SPS Austin, Inc., Appellant**

**v.**

**Chad Wilbourn, Chase Larson, Brunshae Toliver, Austin Ferraro, and Tribe Builders, Inc., Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED IN PART, REVERSED AND REMANDED IN PART,
VACATED AND REMANDED IN PART—
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on December 31, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses that part of the trial court's judgment dismissing SPS Austin, Inc.'s claims that Tribe Builders, Inc. and Chad Wilbourn tortiously interfered with SPS's existing and potential contractual relationships with customers; the Court remands those claims for further proceedings. The Court also vacates and remands the award of attorney's fees for reconsideration in light of the results of this appeal as well as any subsequent proceedings. We affirm the judgment in all other respects.